IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00631-WYD-MEH

THE ART OF SPIRITUAL AWAKENING, INC., a Florida corporation,

    Plaintiff,

v.

MARY GUENZEL, an individual,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2009.**

    The Stipulated Motion to Vacate Scheduling Conference and Related Deadlines [filed June 30, 2009; docket #15] is **granted in part** and **denied in part**. The Scheduling Conference set for July 8, 2009, at 9:30 a.m. is hereby **vacated** and **converted** to a Telephonic Status Conference. The parties shall conference together and call Chambers at (303) 844-4507 at the designated time.