IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00631-WYD-MEH

ANDREW JOHN WINCHEK; and
THE ART OF SPIRITUAL AWAKENING, INC., a Florida corporation,

    Plaintiffs,

v.

MARY GUENZEL, an individual,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on the parties' Stipulated Motion to Stay Entire Action Pending Completion Of Arbitration Proceedings.  The parties stipulate therein that all claims will be submitted to arbitration and request that the case be stayed pending completion of the arbitration proceedings.  Having reviewed the Motion and being fully advised in the premises, it is

    ORDERED that the Stipulated Motion to Stay Entire Action Pending Completion of Arbitration Proceedings is **GRANTED IN PART AND DENIED IN PART**.  Specifically, while I agree that the case should be submitted to arbitration, I decline to grant a stay as the case may remain open for months or even years pending a ruling in the arbitration proceeding.  Instead, it is

    ORDERED that this case is **ADMINISTRATIVELY CLOSED** pursuant to D.C.COLO.LCivR 41.2.  *See Quinn v. CGR*, 828 F.2d 1463, 1465 and n. 2 (10th Cir.

1987) (construing administrative closure as the practical equivalent of a stay).  It is

> FURTHER ORDERED that the case may be reopened for good cause shown, which shall include any further court proceedings the parties deem necessary in this case after the arbitration proceeding has finished.
>
> Dated:  July 6, 2009

BY THE COURT:

s/ Wiley Y. Daniel  
WILEY Y. DANIEL,  
CHIEF UNITED STATES DISTRICT JUDGE